AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Noe Ramirez-Robles<br>a/k/a Noe Ramirez<br><br>*Defendant(s)* | )<br>)  Case No. 8:16-MJ-1539-T-AAS<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 4, 2016__ in the county of __Polk__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) and (b)(2) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
See attached affidavit of Deportation Officer Scott Spicciati, ICE.

☑ Continued on the attached sheet.

*[signature]*
*Complainant's signature*

Scott Spicciati, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 16, 2016

*[signature]*
*Judge's signature*

City and state: Tampa, Florida

Amanda Arnold Sansone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge, Noe Ramirez-Robles, a/k/a "Noe Ramirez," a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

## FACTS AND CIRCUMSTANCES

4. On August 4, 2016, ICE-ERO officers found Noe Ramirez-Robles in the Polk County Jail, Polk County, Florida, within the Middle District of Florida.

1

5. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to Noe Ramirez-Robles. Upon review of these documents, I determined that Noe Ramirez-Robles is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about August 23, 1997.

6. Fingerprints taken of Noe Ramirez-Robles were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

7. Computer record checks also indicate that Noe Ramirez-Robles was convicted of Trafficking in Marijuana, on or about December 5, 1995, in the Fourth Judicial Circuit Court in Dillon County, South Carolina.

8. No information exists, either in the A-file documents or the computer databases, that Noe Ramirez-Robles had either requested or received permission from any immigration official to re-enter the United States after his deportation.

## CONCLUSION

9. Based on the foregoing facts, I believe there is probable cause to establish that Noe Ramirez-Robles, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

2

Further affiant sayeth naught.

_____
SCOTT SPICCIATI
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 16 day of August, 2016, in Tampa, Florida.

_____
AMANDA A. SANSONE
United States Magistrate Judge